**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-7071**

ALLEN SPURLOCK,

Plaintiff - Appellant,

versus

P. BLEVINS, Correctional Officer, Deep Meadow
Correctional Center; RODRIGUEZ, Correctional
Officer, Deep Meadow Correctional Center,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Henry C. Morgan, Jr., District
Judge. (CA-02-482)

Submitted: September 19, 2002      Decided: September 30, 2002

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Allen Spurlock, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Allen Spurlock appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Spurlock v. Blevins, No. CA-02-482 (E.D. Va. filed July 3, 2002 & entered July 5, 2002). We deny Spurlock's motion to appoint counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2